PD-0761-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/23/2015 11:08:13 AM
Accepted 6/24/2015 11:23:01 AM
ABEL ACOSTA
CLERK

NO. _____

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**

**PATRICK MARCEL BROWN**
*Appellant*

**v.**

**THE STATE OF TEXAS**
*Appellee*

On PDR from Cause No. 14-13-00839-CR in the Fourteenth Court of Appeals,
Affirming Cause No. 1382169 in the 262nd District Court of Harris County, Texas

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT:

Nicolas Hughes, appellate counsel for Patrick Brown, files this Motion for Extension of Time to File Petition for Discretionary Review. In support of the motion, Appellant would state the following:

A. Appellant filed an appeal in the Fourteenth Court of Appeals in Houston.

B. Appellant's case was numbered and styled as follows: *Patrick Marcel Brown v. State of Texas*, No. 14-13-00839-CR (Tex. App.−Houston [14th Dist.], opinion May 28, 2015)

FILED IN
COURT OF CRIMINAL APPEALS

June 24, 2015

ABEL ACOSTA, CLERK

C. On May 28, 2015, the Fourteenth Court of Appeals affirmed Appellant's conviction.

D. The petition for discretionary review is due in this case on June 27, 2015.

E. Appellant is seeking an extension of time to file PDR, as he does not anticipate having adequate time to properly prepare his petition for discretionary review.

F. No previous extension has been requested.

G. Counsel has been out of the office for the majority of last month, including from May 20 – May 27 (Counsel's wedding), from June 6 – June 12 (National Forensic College for Defenders), and from June 16 – June 20 (Public Defender Training and Rusty Duncan Seminar)

H. Additionally, Counsel has been working on the following cases / projects

   a. Briefing ordered in *Ex parte Michael Williams*, No. WR-82,970-01 (Tex. Crim. App., filed June 22, 2015).

   b. Appellate Brief in *Lamb v. State*, No. 01-14-00901-CR (Tex. App.–Houston [1st. Dist.], filed May 29, 2015).

   c. *State v. John Enard*, Nos. 1375416, 1439251, 1453912 (178th Dist. Ct., Harris County, Tex., *filed* Jan 19, 2013). (civil commitment litigation involving complex constitutional issues).

   d. Various writs of habeas corpus drafted in response to drug lab results which conflict with Harris County convictions.

I. Appellant seeks an extension of time pursuant to TEX. R. APP. P. 68.2 until July 27, 2015.

WHEREFORE, Appellant would ask that this court would grant his request to extend time allowed for him to file his petition for discretionary review by 30 days (July 27, 2015).

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

**/s/** Nicolas Hughes
**NICOLAS HUGHES**
Assistant Public Defender
Harris County Texas
1201 Franklin Street, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 386-9278 fax
TBA No. 24059981
nicolas.hughes@pdo.hctx.net

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion for Extension of Time to File Petition for Discretionary Review has been served upon the Harris County District Attorney's Office —— Appellate Section and to the State Prosecuting Attorney, on July 27, 2015 by electronic service.

/s/ Nicolas Hughes
**NICOLAS HUGHES**